UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 06-50007-01 and 07-50082-01 |
| VERSUS | JUDGE HICKS |
| ENRIQUE GURROLA | MAGISTRATE JUDGE HORNSBY |

### ORDER APPOINTING INTERPRETER

The Court, having been satisfied that the following individual has the qualifications necessary to serve as interpreter in this matter, **IT IS ORDERED** that LAURA ADDINGTON be appointed as interpreter to assist in the September 21, 2007 guilty plea and all other ancillary proceedings to be held in these matters, as notified by the Clerk of this Court. Compensation for these services shall be paid by the Government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.  **IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** at Shreveport, Louisiana, this the 21st day of September, 2007.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE